UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

GLEN FRED GLATZ,                    ]
                                    ]
        Plaintiff,                  ]
                                    ]
v.                                  ]        No. 3:21-cv-00026-DCLC-DCP
                                    ]
RONALD C. NEWCOMB, et al.,          ]
                                    ]
        Defendants.                 ]

## SEVIER COUNTY'S MOTION FOR AN ORDER DIRECTING PLAINTIFF TO AMEND COMPLAINT AND FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT

The defendant, Sevier County, Tennessee ("Sevier County"), moves for an order directing

the plaintiff to amend his complaint to conform it to the Court's memorandum opinion and order.

[Doc. 7, PageID #: 115] In addition, Sevier County moves for an extension of time in which to

answer or otherwise respond to plaintiff's complaint. Sevier County adopts the arguments of the

State of Tennessee as to why the plaintiff's complaint should be amended. [Doc. 25, PageID #:

182] This motion is supported by a memorandum brief.


                            Respectfully submitted,


                             _s/ Jeffrey M. Ward_____
                            Jeffrey M. Ward, BPR # 016329
                            Milligan & Coleman PLLP
                            P. O. Box 1060
                            Greeneville, TN   37744-1060
                            423 639-6811
                            423 639-0278 facsimile
                            jward@milligancoleman.com

                            Attorney for Defendant, Sevier County,
                            Tennessee

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 6, 2022, a copy of the foregoing motion of Sevier County, Tennessee was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. The *pro se* plaintiff has been served as follows:

> Glen Fred Glatz
> Blount County Jail
> 920 E. Lamar Alexander Parkway
> Maryville, TN   37804-6201

> *s/ Jeffrey M. Ward*
> JEFFREY M. WARD, BPR # 016329
> MILLIGAN & COLEMAN PLLP
> P.O. Box 1060
> Greeneville, TN 37744-1060
> (423) 639-6811

2